

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

| | | |
|---|---|---|
| RACHAEL A. HONIG<br>*Acting United States Attorney*<br><br>GABRIEL J. VIDONI<br>*Assistant United States Attorney* | CAMDEN FEDERAL BUILDING & U.S. COURTHOUSE<br>*401 Market Street, 4th Floor*<br>*Post Office Box 2098*<br>*Camden, New Jersey 08101-2098* | 856.757.5026<br>Fax: 856.968.4917<br>gabriel.vidoni@usdoj.gov |

June 29, 2021

<u>**Via ECF**</u>

Hon. Robert B. Kugler
United States District Judge
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
4th & Cooper Streets
Camden, New Jersey 08101

   Re: <u>*United States v. Candace Gottlieb*</u>**, Crim. No. 18-00700 (RBK)**

Dear Judge Kugler:

  In light of Ms. Gottlieb's continued compliance with her release conditions and appearances in Court, the United States does not object to the modification requested by her motion filed on June 16, 2021. Dkt. No. 65.

           Respectfully submitted,

           RACHAEL A. HONIG
           Acting United States Attorney

           */s/ Gabriel J. Vidoni*
      BY: GABRIEL J. VIDONI
           Assistant United States Attorney

cc: Wayne Webb, USPO